## N Y C & ST L RD CO v P U C

Ohio Supreme Court

No 22639.  Decided April 15, 1931

Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ, concur.

Full opinion will be published later. Watch **Omnibus Index.**

## LEXA v ZMUNT, et (County Commissioners)

Ohio Supreme Court

No 22503.  Decided April 15, 1931

Marshall, CJ, Jones, Day, Allen, Kinkade and Robinson, JJ, concur.

Full opinion will be published later. Watch **Omnibus Index.**